UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                  17-CR-10176-MLW

KEVIN WOODS

ASSENTED TO MOTION TO CONTINUE REVOCATION HEARING

Kevin Woods, by his attorney, moves that this Court reschedule his revocation hearing now set for October 23, 2019 at 2:00 p.m. to a date after November 8, 2019 for the following reasons:

1. Defense counsel has been informed that the probation office will assert additional violations of supervised release other than the violations included in the original petition;

2. Defense counsel has not received a new petition, has not investigated the allegations, and has not met with or conferred with Mr. Woods regarding the expected violation notice;

3. The government, that is the United States Attorney and Probation Office, has proposed a reasonable resolution to the anticipated violation notice but counsel has been unable to discuss this with Mr. Woods;

4. Defense counsel has a conflicting sentencing hearing before Judge Saylor also scheduled for October 23, 2019 at 2:00 p.m.;

5. Defense counsel will be away from Massachusetts from November 1 through November 8, 2019.

Mr. Woods thus requests that the hearing set for October 23, 2019 at 2:00 p.m. be rescheduled to a date convenient to all parties after November 8, 2019.

The government assents to this motion.

KEVIN WOODS
By his attorney,

*Elliot M. Weinstein*
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA  02110
617-367-9334

Certificate of Service

I certify that I have served a copy of this motion on all parties via ECF system.

Elliot M. Weinstein